**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-1716

MONICA M. TAYLOR,

              Plaintiff – Appellant,

      v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

              Defendant – Appellee,

SOCIAL SECURITY ADMINISTRATION,

              Party-in-Interest – Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   Henry E. Hudson, District
Judge.   (3:07-cv-00307-HEH)

Submitted:  November 13, 2008       Decided:  November 18, 2008

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Monica M. Taylor, Appellant Pro Se.   Jonathan Holland Hambrick,
Assistant  United  States  Attorney,  Richmond,  Virginia,  for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM

Monica M. Taylor appeals the district court's order accepting the magistrate judge's recommendation and affirming the Commissioner's denial of Taylor's applications for disability insurance benefits and supplemental security income. We must uphold the district court's disability determination if the decision is supported by substantial evidence and the correct law was applied. See 42 U.S.C.A. § 405(g) (West Supp. 2008); Craig v. Chater, 76 F.3d 585, 589 (4th Cir. 1996). We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Taylor v. Astrue, No. 3:07-cv-00307-HEH (E.D. Va. Apr. 23, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED